**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 26-______** |
| **v.** | : | **DATE FILED: __________** |
| **DAWN HAWA a/k/a "Dawn Benitez"** | : <br> : | **VIOLATIONS: 36 C.F.R. § 2.31(a)(3), (b) (vandalism of property in a National Park – 1 count)** |

**MISDEMEANOR INFORMATION**

**COUNT ONE**
**(Vandalism of Property in a National Park)**

**THE UNITED STATES ATTORNEY CHARGES THAT:**

At all times material to this information:

1. Independence National Historical Park was a National Park in Philadelphia, Pennsylvania. Several historic buildings and artifacts were within Independence National Historical Park, including Independence Hall, where the Declaration of Independence and United States Constitution were debated and signed, and the Liberty Bell, a symbol of American independence.

2. The Liberty Bell was housed inside the Liberty Bell Center located within Independence National Historical Park where, during opening hours, the public could visit and view the Liberty Bell. The Liberty Bell was surrounded by a barrier to prevent visitors from approaching it too closely.

3. On or about May 16, 2026, defendant DAWN HAWA visited the Liberty Bell Center in Independence National Historical Park with Sean Gerlach, charged elsewhere, and others known to the United States Attorney.

4. Defendant DAWN HAWA flicked an oily substance over the barrier toward the Liberty Bell. The substance hit and remained on the Liberty Bell and surrounding areas.

5. On or about May 16, 2026, in the Eastern District of Pennsylvania, within Independence National Historical Park, a National Park, defendant

**DAWN HAWA**

destroyed, injured, defaced, and damaged property and real property on lands within a park area under the legislative jurisdiction of the United States.

In violation of Title 36, Code of Federal Regulations, Section 2.31(a)(3), (b), Title 54, United States Code, Section 100751, and Title 18, United States Code, Section 1865.

/FOR

**DAVID METCALF**
**UNITED STATES ATTORNEY**

*No.*___________

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

**THE UNITED STATES OF AMERICA**

**vs.**

**DAWN HAWA**

**a/k/a "Dawn Benitez"**

**INFORMATION**

Counts

36 C.F.R. § 2.31(a)(3), (b) – vandalism of property in a National Park – 1 count

A true bill.

______________________________

Foreman

Filed in open court this ____________________day,

Of ______________A.D. 20________

______________________________

Clerk

Bail, $__________