IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

INFORMATION

DESIGNATION FORM

Address of Plaintiff: 615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4476

Post Office: Philadelphia County: Philadelphia

City and State of Defendant: Ephrata, PA

County: Lancaster Register number: N/A

Place of accident, incident, or transaction: Eastern District of Pennsylvania

Post Office: Philadelphia County: Philadelphia

RELATED CASE, IF ANY:

Criminal cases are deemed related when the answer to the following question is “yes”.

Does this case involve a defendant or defendants alleged to have participated in the same action or transaction, or in the same series of acts or transactions, constituting an offense or offenses?

YES/NO: YES

Case Number: 26cr548 Judge: Carlos

CRIMINAL:

1. ○ Antitrust
2. ○ Income Tax and other Tax Prosecutions
3. ○ Commercial Mail Fraud
4. ○ Controlled Substances
5. ○ Violations of 18 U.S.C. Chapters 95 and 96 (Sections 1951-55 and 1961-68) and Mail Fraud other than commercial
6. ● General Criminal

36 C.F.R. § 2.31(a)(3), (b) (vandalism of property in a National Park – 1 count)

DATE: October 23, 2026

*s/ Ruth Mandelbaum*
Ruth Mandelbaum
Meghan A. Farley
Assistant United States Attorneys

U.S. v. Dawn Hawa a/k/
a "Dawn Benitez"
USAO No. 2026R0